IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                           **PLAINTIFF**

v.                       **CASE NO: 3:12CV00286 BSM**

**DIAMOND HOSPITALITY ENTERPRISES, LLC**           **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the joint stipulation for dismissal [Doc. No. 8], filed by the parties, this case is hereby dismissed with prejudice. The court shall retain jurisdiction of this matter after its dismissal for the sole purpose of enforcement of the terms of the settlement between the parties. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 4th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE